

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 25 2022

TAMMY H. DOWNS, CLERK
By: /s/ JR
DEP CLERK

**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

CASE NO. 3:22-cv-00192-DPM-ERE

Jury Trial: ☐ Yes  ☐ No
(Check One)

I. Parties

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: Cheyenne Dakota Smith
ADC# SSS199

Address: Grimes Unit, 300 corrections Drive, Newport, AR 72112

Name of plaintiff: _____
ADC# _____
Address: _____

Name of plaintiff: _____
ADC# _____
Address: _____

This case assigned to District Judge Marshall
and to Magistrate Judge Ervin

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: The Dentist, DR. Bodeker
Position: The Dentist DR.
Place of employment: ADC's Grimes Unit.
Address: ~~7500 corrections circle pine Bluff, AR 71603~~ 300 corrections Dr. newport, AR 72112

Name of defendant: S. Berg

Position: R.O.A.

Place of employment: ADC 300 Corrections Dr. Newport, AR

Address: 300 Corrections Dr. Newport AR 72112

Name of defendant: Brandy John

Position: Medical Grievance Officer

Place of employment: ADC.

Address: 6814 Princeton Pike, Pine Bluff, AR 71603

Name of defendant: Roy Griffin

Position: Director of Grievance

Place of employment: ADC.

Address: 6814 Princeton Pike Pine Bluff, AR 71602

II. Are you suing the defendant in:

☐ Official capacity only

~~☐ Personal capacity only~~

☑ Both official and personal capacity

III. Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?
Yes _____ No ✓

B. If you answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐ Parties to the previous lawsuit:

Plaintiffs: _____

Defendants: _____

☐ Court (if federal court, name the district; if state court, name the county): _____

_____

☐ Docket Number: _____

☐ Name of Judge to whom case was assigned: _____

☐ Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

☐ Approximate date of filing lawsuit: _____

☐ Approximate date of disposition: _____

IV. Place of Present confinement: <u>Arkansas Department of Correction, Grimes Unit, 300 Corrections Drive, Newport, AR 72112</u>

V. At the time of the alleged incident(s), were you:
(Check appropriate blank)

_____ in jail and still awaiting trial on pending criminal charges

__✓__ serving a sentence as a result of a judgment of conviction

_____ in jail for other reasons (e.g., alleged probation violation, etc.) explain: <u>I was conviction of a class (B) Felony Internet Stalking of a child</u>

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. §1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A. Did you file a grievance or grievances presenting the facts set forth in this complaint?
Yes __✓__  No _____

B. Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure? _[signature]_

Yes ~~✗~~  No  X

If not, why? Because They said I Forgot to Sign and date one Attachment IV thats why they Rejected It

VII. Statement of claim

State here (as briefly as possible) the facts of you case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

when ~~I was told~~ By Dr. Bodeker on 11-18-21 I Requested to Get dentures, Dr. Bodeker Noted I Don't qualify For Dentures Because I was alReady Edentulos when I came In to ADC. I put In another Sick Call on 3-8-22 and Ashley wells Referred me to the Dental ~~R~~ and Recit By Deatal RDA S. BeRry on 3-8-22 I would not Be Reciveing Dentures Because I came Into A.D.C. Edentulos I will Not Recive Dentures Brady Johnson and Roy Griffin are not Folloeing what IS In the adc handbook It States under deatal Services Dental Prosthectics are provided If Required For Chewing Food But will Not Be provided For Cosmetic effect I have Stated In my Grievance

→

VII.   Relief

State briefly exactly what you want the court to do for you.  Make no legal arguments. Cite no cases or statutes.

I want a pair of denterces Made and $20,000

I declare under penalty of perjury (18 U.S. C. § 1621) that the forgoing is true and correct.
Executed on this 13 day of July, 20 22.

Dakota Cheyenne Smyth

Signature(s) of Plaintiff(s)

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

RECEIVED FEB 02 2022 GRIEVANCE

Unit/Center: Grimes
Name: Smith Dakota
ADC#: SSS199   Brks #: RB115   Job Assignment: AGM

FOR OFFICE USE ONLY
GRV. #: GR-22-00113
Date Received: 2-2-22
GRV. Code #: 600

1-28-22 (Date) STEP ONE: Informal Resolution

2022 JUL 25 A 9 54

2-1-22 (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: I can't get anything

_____ , (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _____

*Is this Grievance concerning Medical or Mental Health Services?* _____ *If yes, circle one:* (medical) *or mental*
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, date, place, name of personnel involved and how you were affected. (Please Print): Medical has refused me on several of time to proediode me with False teeth my t.e. date 4-15-2026. without these False teeth there are items on every tray that I cannot eat Because I have no teeth there For I am not getting all my daly carbs and Natrise, that I need.

Received MAR 16 2022
Deputy Director
Health & Correctional Programs

Received MAR 3 2022
Deputy Director
Health & Correctional Programs

Smith Dakota        1-28-22
Inmate Signature      Date

*If you are harmed,threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**
This form was received on 1-28-22 (date), and determined to be Step One and/or an Emergency Grievance Yes (Yes or No). This form was forwarded to medical or mental health? Yes (Yes or No). If yes, name of the person in that department receiving this form: Ashury Welly RN.DON Date 1-28-22

Wilson                12467    S. Wilson              1-28-22
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature      Date Received

Describe action taken to resolve complaint, including dates: Your Dental records reflect you do not qualify for dentures as Noted by the Dentist.

S.____  2/1/22         X Smith Dakota   2-1-22
Staff Signature & Date Returned      Inmate Signature & Date Received

This form was received on _____ (date), pursuant to Step Two. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

ADCF-15

_____                           Date
Inmate Signature

If appealing, please submit both the Unit Level Grievance Form
(Attachment I) and the Health Services Response (Attachment IV)

Received

**MAR 16 2022**

Deputy Director
Health & Correctional Programs

Received

MAR   3 2022

Deputy Director
Health & Correctional Programs

IGTT420                                    Page 2 of 2

IGTT400                                                                                           Attachment II
3GR

# ACKNOWLEDGMENT OR REJECTION OF UNIT LEVEL GRIEVANCE

TO: Inmate   Smith, Dakota C.                ADC #:   555199A
FROM:  Brown, Shurika R                      TITLE:   ADC Inmate Grievance Coord
DATE:  02/02/2022                            GRIEVANCE #:  GR-22-00113

Please be advised, I have received your Grievance dated 01/28/2022 on 02/02/2022.
You should receive communication regarding the Grievance by 03/02/2022



Signature of ADC Inmate Grievance Coord



## CHECK ONE OF THE FOLLOWING

- ☒ This Grievance will be addressed by the Warden/Center Supervisor or designee.
- ☐ This Grievance is of a medical nature and has been forwarded to the Health Services Administrator who will respond.
- ☐ This Grievance involves a mental health issue and has been forwarded to the Mental Health Supervisor who will respond.
- ☐ This Grievance has been determined to be an emergency situation, as you so indicated.
- ☐ This Grievance has been determined to not be an emergency situation because you would not be subject to a substantial risk of personal injury or other serious irreparable harm. Your Grievance will be processed as a Non-Emergency.
- ☐ This Grievance was REJECTED because it was either non-grievable ( ), untimely, was a duplicate of   , or was frivolous or vexatious.

## INMATE'S APPEAL

If you disagree with a rejection, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director. If you do not receive communication regarding your grievance by the date listed above, you may move to the next level of the process. To do so, indicate in the Inmate's Appeal Section below that you did not receive a response and mail it to the appropriate Chief Deputy/Deputy/Assistant Director within five working days. Keep in mind that you are appealing the decision to reject the original complaint. Address only the rejection; do not list additional issues, which were not a part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

Received

MAR  3 2022

Deputy Director
Health & Correctional Programs

ADC#:
555199    _____
          Date

Inmate Signature

If appealing a rejection, please include both the Unit Level Grievance Form (Attachment I) and the Rejection (Attachment II)



Received

MAR 16 2022

Deputy Director
Health & Correctional Programs



Received

MAR   3 2022

Deputy Director
Health & Correctional Programs



Rory Griffin
Deputy Director of Health &
Correctional Programs

March 16 ,2022

Smith, Dakota

ADC#555199

Mr. Smith,

Your grievance #GR-22-00113 was previously rejected on March 3, 2022, due to failure to attach the Attachment IV signed and dated. Failure to follow policy by not completing the appropriate forms resulted in this appeal being rejected and marked the end of the appeal process for this grievance. I am returning your documents. I encourage you to adhere to AD 19-34 Inmate Grievance Procedure in the future.

Sincerely,

Brandy Johnson
Brandy Johnson
Medical Grievance Officer
Office of Rory Griffin Deputy Director of Health & Correctional Programs

**ADC HEALTH SERVICE REQUEST FORM**  MSF-202 C  revi

Name (Last, First, MI): Smith Dakota C.
ADC #: SSS199
Date of birth: 7-24-1997
Barracks: RV126
Date of Re: 3-8-22

Job Assignment: N/A

Description of the problem: I need Dentences I can't eat my food at all. Because I can't choesw my food at all.

I consent to be treated for the above problem. I understand that in accordance with the Department of Correction's policy, I will be charged for healthcare s deductions of applicable co-payment charges from my resident account, and that if I have insufficient funds to cover the charge, the amount of the co-pay w an outstanding debt.

INMATE'S SIGNATURE: Smith Dakota
DATE: 3-8-22

**FOR MEDICAL USE ONLY**

FACILITY NAME: Grimes

DATE RECEIVED BY MEDICAL DEPT: 3/8/22

PRIORITY 1: See within 24 hours - emergent need ☐
PRIORITY 3: See within 72 hours - routine request ☒
PRIORITY 2: See within 48 hours - urgent need ☐
PRIORITY 4: Face-to-face visit not needed; respond to request

DATE TRIAGED: 3/8/22   TRIAGED BY: (NAME) Ashuy Wells   (TITLE) RN, DON

If the EHR is unavailable, enter nursing sick call notes in this area:

Vital Signs: BP ___ Pulse ___ Temp ___ Resp ___
Protocol Used:

Subjective:
Objective: Rec'd by dental SBerg RDA 3-8-22
Assessment: As you were told on your sick call visit on 11-18-21. You will
Plan: not qualify for dentures.
Education:

Refer to: [ ] Physician  [ ] Mid-level  [ ] Mental Health  [X] Dental  [ ] Other (List):

Medical Staff Name:

Medical Staff Signature: ___ Title: ___ Date/time: ___ Unit: ___

Inmate Name: ___ ADC #: ___ Date of Birth: ___

IGTT420  
3GH
Attachment IV

INMATE NAME: Smith, Dakota C.   ADC #: 555199A   GRIEVANCE #: GR-22-00113

## HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

(620) Your 1/28/22 Grievance has been received and reviewed as well as your Dental Record to determine if medically necessary health care, as determined by your health care providers, has been provided to you.

You State: Medical has refused me on several time to proediode me with Flase teeth my te. date 4-15-2026. without these False teeth there are Items on every tray that I canot eat because I have no teeth there For I am not getting all my daily carbs and natrise, that I need.

Your Dental Records Reflect you were evaluated by the Dentist, Dr. Bodeker, on 11/18/21 for requesting dentures. The Dentist noted: Patient does not qualify for complete dentures because he was already edentulous when he came into the ADC system. Therefore, your grievance is Without Merit.

Received MAR 3 2022 Deputy Director Health & Correctional Programs

Received MAR 16 2022 Deputy Director Health & Correctional Programs

Signature of Health Services Administrator/Mental Health Supervisor or Designee

Lic Practical Nurse — Title    02/22/2022 — Date

---

**INMATE'S APPEAL**

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE?

I am Loseing weath. Just Because I had no teeth when I come in here don't mean I can't Get some made in here it is adc policy to give inmates teeth made if they don't have any teeth. It says in the handbook Dental Prosthetices are provided if Required for chewing Food but will not Be Provided For cosmetic effect. For me I am haveing a hard time chewin and eating my food on every tray.

ADC#: 555199

Smith Dakota  
555199  
3-9-22

IGTT420    Page 1 of 2

Medical has Refused me on several time to Provid me with Fasteeth my ta date is 4-15-2026 without these Faseteeth there are Items on every tray that I canot eat Because I have no teeth. I even Put it on a Sick call that I can not chew my food at all.

Dakota Smith 555199
Grimes unit
300 Corrections Drive
Newport, AR 72112

Legal mail

Legal mail

ADC
GRIMES
UNIT

Pro Se Clerk
600 West Capital Avenue
Little Rock Arkansas 72201