# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**DAKOTA CHEYENNE SMITH**　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #555199**

V.　　　　　　　　　　NO. 3:22-cv-00192-DPM-ERE

**BODEKER,** *et al.*　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## ORDER

Plaintiff Dakota Cheyenne Smith, an Arkansas Division of Correction ("ADC") inmate, filed this lawsuit *pro se* under 42 U.S.C. § 1983. *Doc. 2*. Mr. Smith's complaint alleges that Dr. Bodeker and S. Berg denied his requests for dentures. As a result, Mr. Smith claims that he cannot eat. For screening purposes, Mr. Smith has stated a deliberate indifference claim against Defendants Bodeker and Berg. Accordingly, service for those Defendants is now proper. The Court will address Mr. Smith's claims against Defendants Brandy Johnson and Roy Griffin in a separate Recommendation.

IT IS THEREFORE ORDERED THAT:

1.　　The Clerk of Court is directed to prepare a summons for Defendant S. Berg.

2.　　The United States Marshal is directed to serve Defendant Berg with a summons and a copy of the complaint (with any attachments) (*Doc. 2*), without requiring prepayment of fees and costs or security. Service for Defendant Berg

should be attempted through the ADC Compliance Division, P.O. Box 20550, Pine Bluff, Arkansas 71612.

3. The Court will address service for Defendant Bodeker by separate Order.

Dated this 28th day of July, 2022.

_____
UNITED STATES MAGISTRATE JUDGE