# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**DAKOTA CHEYENNE SMITH**  **PLAINTIFF**
**ADC #555199**

**V.**    **NO. 3:22-cv-00192-DPM-ERE**

**BODEKER,** *et al.*    **DEFENDANTS**

## ORDER

Plaintiff Dakota Cheyenne Smith, an Arkansas Division of Correction ("ADC") inmate, filed this lawsuit *pro se* under 42 U.S.C. § 1983. *Doc. 2*. Mr. Smith's complaint alleges that Dr. Bodeker and S. Berg denied his requests for dentures. As a result, Mr. Smith claims that he cannot eat. For screening purposes, Mr. Smith has stated a deliberate indifference claim against Defendants Bodeker and Berg. Service for Defendant Bodeker is now proper.

IT IS THEREFORE ORDERED THAT:

1. The Clerk of Court shall prepare a summons for Defendant Bodeker.

2. The United States Marshal is directed to serve Defendant Bodeker with a summons and a copy of the complaint (with any attachments) (*Doc. 2*), without requiring prepayment of fees and costs or security. Service for Defendant Bodeker should be attempted through Humphries, Odom & Eubanks, 1901 Broadway Street, Little Rock, AR 72206.

Dated this 29th day of July, 2022.

                                          _____
                                          UNITED STATES MAGISTRATE JUDGE