# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**DAKOTA CHEYENNE SMITH**                                           **PLAINTIFF**
**ADC #555199**

V.                           NO. 3:22-cv-00192-DPM-ERE

**BODEKER,** *et al.*                                               **DEFENDANTS**

## ORDER

Pending before the Court is Plaintiff Dakota Cheyenne Smith's motion for a status update. *Doc. 11*. At this time: (1) the Court has recommended that Mr. Smith's claims against Defendants Johnson and Griffin be dismissed (*Doc. 5*); (2) Dr. Bodeker has filed his answer to Mr. Smith's complaint; and (3) the Court has issued service to Defendant Berg (*Doc. 10*).

Mr. Smith also asks whether he needs to provide the Court any additional documents or evidence. As this Court previously explained, Mr. Smith is should not file documents or evidence with the Court unless: (1) the documentation is attached to a motion for summary judgment or a response to a motion for summary judgment; or (2) the Court orders Mr. Smith to provide specific documents. *Doc. 3 at 3*.

IT IS HEREBY ORDERED THAT Mr. Smith's motion for a status update (*Doc. 11*) is GRANTED.

Dated this 22nd day of August, 2022.

                                              _____
                                              UNITED STATES MAGISTRATE JUDGE