IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DAKOTA CHEYENNE SMITH
ADC #555199                                                                    PLAINTIFF

v.                       No. 3:22-cv-192-DPM-ERE

JUSTIN BODEKER, Dentist,
Grimes Unit; SHELLY BERG,
RDA, Grimes Unit; BRANDY
JOHNSON, Medical Grievance
Officer, ADC; and ROY GRIFFIN,
Grievance Director, ADC                                                     DEFENDANTS

## ORDER

The Court adopts Magistrate Judge Ervin's unopposed partial recommendation, *Doc. 5*. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Smith's deliberate indifference claims against Bodeker and Berg go forward. His claims against Johnson and Griffin are dismissed for failure to state a claim upon which relief may be granted. Johnson and Griffin are therefore dismissed as defendants in this case.

So Ordered.

*(signature)*

D.P. Marshall Jr.
United States District Judge

6 September 2022