IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DAKOTA CHEYEENNE SMITH**  PLAINTIFF
ADC #555199
v.                No. 3:22-cv-192-DPM

**JUSTIN BODEKER**, Dentist,
Grimes Unit and **SHELLY
BERG**, RDA, Grimes Unit           DEFENDANTS

ORDER

Unopposed recommendation, *Doc. 23*, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Motion for summary judgment, *Doc. 16*, granted. Strike recommended. 28 U.S.C. § 1915(g). Any *in forma pauperis* appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

31 October 2022