IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DAKOTA CHEYENNE SMITH
ADC #555199                                                                PLAINTIFF

v.                          No. 3:22-cv-192-DPM

JUSTIN BODEKER, Dentist,
Grimes Unit; SHELLY BERG,
RDA, Grimes Unit; BRANDY
JOHNSON, Medical Grievance
Officer, ADC; and ROY GRIFFIN,
Grievance Director, ADC                                                   DEFENDANTS

## JUDGMENT

Smith's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

31 October 2022